UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGEL ALFONSO, RUBEN CANDELARIA, DORKA REVECO, YESENIA DEL RIO, AND COMMUNICATIONS WORKERS OF AMERICA LOCAL 1045,<br><br>Plaintiffs,<br><br>v.<br><br>FELIX ROQUE, individually and as Mayor of the Town of West New York, SUSAN COLACURCIO, individually and as Commissioner of the Town of West New York, SILVIO ACOSTA, individually and as a supervisor in the Department of Public Works in the Town of West New York, THE TOWN OF WEST NEW YORK, JOHN DOES 1-50,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>2:19-cv-12523-JMV-JAD<br><br>**CONSENT ORDER VACATING DEFAULT AND AFFORDING DEFENDANT SIXTY DAYS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br><u>Document Field Electronically</u> |

This matter having been brought before the court by way of Consent Order on application by Reppert, Kelly & Vytell, LLC, attorneys for defendant, Felix Roque for an Order vacating default and affording defendant sixty days to answer or otherwise respond to plaintiffs' first amended complaint; and Flavio L. Komuves, Esq., counsel for plaintiffs having consented hereto, and good cause having been shown;

**IT IS ON THIS**   16th day of March, 2020

**ORDERED** that the default entered against Defendant, Felix Roque is hereby vacated, and it is

**FURTHER ORDERED** that the defendant shall have until May 5, 2020 to answer or otherwise respond to plaintiffs' first amended complaint filed on January 31, 2020; and it is

**FURTHER ORDERED**, service of the within Order shall be deemed effective upon electronic filing by the Court.

_____
Hon. Joseph A. Dickson
United States Magistrate Judge

THE UNDERSIGNED CONSENT TO THE FORM AND ENTRY OF THE FORGOING ORDER

**REPPERT KELLY & VYTELL, LLC**       **WEISSMAN & MINTZ**

| | |
|---|---|
| s/J. Vincent Reppert | s/ Flavio L. Komuves |
| J. Vincent Reppert, Esq. | Flavio L. Komuves, Esq. |
| 110 Allen Road, Suite 208 | One Executive Drive, Suite 200 |
| Basking Ridge, New Jersey 07920 | Somerset, New Jersey 08873 |
| Tel.   908.605.2120 | Tel.   732.563.4565 |
| jvreppert@rkvfirm.com | fkomuves@weissmanmintz.com |
| *Counsel for Defendant,* | *Counsel for Plaintiffs,* |
| *Felix Roque* | *Angel Alfonso, Ruben* |
| | *Candelaria, Dorka Reveco,* |
| | *Yesenia Del Rio, and* |
| | *Communications Workers Of* |
| | *America Local 1045* |