# M&P
## MYERS & PICO, P.C.
ATTORNEYS AT LAW

1580 Lemoine Avenue, Fort Lee, NJ 07024
Phone: 201 947-8898   Fax: 201 947-3488

**DEBORAH L. PICO, ESQ.**
Admitted in NJ and NY

Member, National Academy of

  Elder Law Attorneys, Inc.

Member, NJ Association of
  Professional Mediators
Member, Association for
  Conflict Resolution
Member, Association of
  Family and Conciliation Courts
R. 1:40 Qualified Civil Mediator

Phone: **201 947 8898**
Fax: **201 947 0885**

Email: dpico@myersandpico.com

**Paralegals**
**BARBRA SHANAHAN**
Email:Barb@myersandpico.com

**GLORIA GELLIS**
Email: gloria@myersandpico.com

---

March 19, 2020

Honorable John Michael Vazquez, U.S.D.J.
United States District Court District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Newark, New Jersey 07101

      Re:    ANGEL ALFONSO et als. vs. FELIX ROQUE, et als.
             DOCKET NO.: 2:19-CV-12523

Dear Honorable Judge Vazquez:

    With regard to the above referenced matter, this correspondence is to inquire as to the return date of our client, Susan Colarcurcio's Cross Motion to Compel Insurance Coverage, which was filed on 1/16/20.

                                         Respectfully submitted,
                                         MYERS & PICO, P.C.

                                         Deborah L. Pico, Esq.

DLP/bas
Encs.

cc:  Susan Colacurcio