# FLORIO ♦ KENNY ♦ RAVAL, L.L.P.

**ATTORNEYS AT LAW**

**125 CHUBB AVENUE**
**SUITE 310 N**
**LYNDHURST, NEW JERSEY 07071**
**PHONE: (201) 659-8011**
**FAX: (201) 659-8511**

E-MAIL: MAIN@FKRLAW.COM                                                WEBSITE: WWW.FKRLAW.COM

| | |
|---|---|
| EDWARD J. FLORIO | DAVID J. YANOTCHKO |
| BERNARD F. KENNY, JR. | CHRISTIAN M. HIBINSKI |
| NITA G. RAVAL | ALEXANDER J. CORRADO |
| CHRISTOPHER K. HARRIOTT | EMILY M. MOWER |
| | |
| COUNSEL | *ADMITTED TO NJ & NY BAR |
| KEITH KANDEL^ | ^CERTIFIED AS A WORKERS' |
| MICHAEL T. WILKOS* | COMPENSATION ATTORNEY |

April 15, 2020

**VIA ECOURTS ONLY**
Honorable John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**RE:   ANGEL ALFONSO et als. vs. FELIX ROQUE, et als.**
**DOCKET NO.:    2:19-CV-12523**
**OUR FILE NO.:  175.060**

Dear Honorable Judge Vazquez:

This office represents Third-Party Defendant, SAFETY SPECIALTY INSURANCE COMPANY, ("SAFETY SPECIALTY") in connection with the above-referenced matter.

As Your Honor is aware, Third-Party Defendant, SAFETY SPECIALITY INSURANCE, filed a Motion to Dismiss the Third-Party Complaint returnable on February 3, 2020. The purpose of this letter is to respectfully inquire if a decision has been made on same.

Thank you for your attention to this matter.

{00802359}

       Respectfully Submitted,

       **FLORIO KENNY RAVAL, L.L.P.**

       */s/ Nita G. Raval*

       NITA G. RAVAL, ESQ.

NGR/ap
cc:  All Counsel of Record (via ecourts only)