# M&P
## MYERS & PICO, P.C.
### ATTORNEYS AT LAW

1580 Lemoine Avenue, Fort Lee, NJ 07024

Phone: 201 947-8898
Fax: 201 947-3488/201 947-0885

**DEBORAH L. PICO, ESQ.**
Email: dpico@myersandpico.com

Admitted in New Jersey and New York

Member, National Academy of
  Elder Law Attorneys, Inc.

Superior Court of NJ approved
R.1:40 Mediation

**Paralegals**
BARBRA SHANAHAN
Email: Barb@myersandpico.com

**DANYELLE WOLF**
Email: realestate@myersandpico.com

**Legal Secretary**
Michelle Strauss
Email: info@myersandpico.com

---

**VIA ECOURTS**

July 23, 2020

Honorable John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: Angel Alfonso, et als vs. Felix Roque, et als.
Docket No. 2:19-CV-12523**

Dear Judge Vazquez:

   Please note that this law firm represents defendant/Third Party Plaintiff Susan Colacurcio ("Colacurcio") in connection with this litigation.

   Colacurcio has a Cross-motion pending before Your Honor to compel insurance coverage from Third-Party Defendant Safety Specialty. Since Safety Specialty withdrew its Motion to Dismiss, Colacurcio

herby withdraws her Motion To Compel Coverage, without prejudice. Colacurcio reserves her right to re-file for attorneys fees at the appropriate time.

Respectfully submitted.
MYERS & PICO, P.C.

Deborah L. Pico, Esq.
DLP/bs

cc: Susan Colacurcio